IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANTHONY ROY SAUNDERS,**

    Petitioner,

v.                                           Civil Action No. 3:16CV113

**HAROLD CLARKE,**

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Saunders's Objections (ECF No. 26) are OVERRULED;
2. The Report and Recommendation (ECF No. 22) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 14) is GRANTED;
4. Saunders's claims and the action are DISMISSED;
5. The § 2254 Petition (ECF No. 1) is DENIED; and,
5. A certificate of appealability is DENIED.

Should Saunders desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Saunders and counsel of record.

And it is so ORDERED.

Date: MAR 22 2017
Richmond, Virginia

                                                                     M. Hannah Lauck
                                                                     United States District Judge